**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EVELYN SEYMOUR,

        Plaintiff,

vs.                                  CASE NO. 3:97-cv-1166-J-TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,[1]

        Defendant.
_____/

## O R D E R

On March 2, 2011, this cause was assigned to the undersigned by Order of Transfer from the Honorable Joel B. Toomey (*see* Doc. #34; Doc. #36). Presently pending before the Court is Plaintiff's motion to extend time for filing a request for attorneys' fees pursuant to 42 U.S.C. § 406(b) (Doc. #28) and Plaintiff's request for fees under 42 U.S.C. § 406(b) (Doc. #31). Defendant has not filed a response to either motion.

On February 10, 2011, Plaintiff's counsel, William E. Horne, filed a Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), requesting $5,521.80 in attorney fees (Doc. #34), in a companion case pending before the undersigned. *See Seymour v. Astrue*, Case No. 3:04-cv-314-J-TEM (M.D. Fla. Feb. 10, 2011) (Doc. #34, Motion). On February 28, 2011, the undersigned denied the petition in said companion case, without prejudice, as the motion was premature (Doc. #37). The undersigned denied the petition, *supra*, because, although Plaintiff received a Notice of Award for Disability Insurance Benefits (DIB) on December 7, 2010 (Doc. #34 at 6, Exhibit A), the Notice

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25, Federal Rules of Civil Procedure, Michael J. Astrue is substituted as Defendant herein.

informed Plaintiff that her total award may be reduced by any receipt of Supplemental Security Income (SSI). This same Notice is attached to the instant motion for fees (Doc. #31 at 6). This Circuit caps the aggregate of 406(a) and 406(b) fees at no more than 25 percent of a plaintiff's past due benefits. *See Dawson v. Finch*, 425 F.2d 1192, 1195 (5th Cir. 1970).[2] Since Plaintiff's total past-due benefit award has yet to be calculated, Plaintiff's motion for attorney fees (Doc. #31) is, at present, premature.

Based on the foregoing, it is hereby **ORDERED:**

1. Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. #31) is **DENIED without prejudice**.

2. Once the Commissioner calculates Plaintiff's DIB and SSI award in conjunction, and issues a final Notice of Award, Plaintiff shall have **leave to refile** the motion **within fourteen (14) days of such notice**.

3. Plaintiff's motion to extend time for filing a request for attorneys' fees pursuant to 42 U.S.C. § 406(b) (Doc. #28) is **DENIED as moot**.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of March, 2011.

Copies to all counsel of record

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

---

[2] Decisions of the Fifth Circuit rendered on or before September 30, 1981 are binding precedent in the Eleventh Circuit. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).